IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE



| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Mag. No. 06-77M |
| VERLINA R. ODEH | ) |
| Defendant. | ) |

## MOTION AND ORDER TO SEAL CRIMINAL COMPLAINT AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware and Richard G. Andrews, First Assistant United States Attorney for the District of Delaware, moves that the Criminal Complaint and File in this case be sealed until the arrest and apprehension of defendant, except for the limited purpose of permitting the U.S. Marshals Service to enter into NCIC the arrest warrant, and/or permitting investigating officers to disclose the fact of the existence of the arrest warrant as reasonably necessary to effectuate the arrest.

COLM F. CONNOLLY
United States Attorney

By: /s/ Richard G. Andrews
Richard G. Andrews
First Assistant United States Attorney

Dated: June 8, 2006

AND NOW, to wit, this __8__ day of __June__, 2006, upon the foregoing Motion, IT IS HEREBY ORDERED that the Criminal Complaint and File in the above-captioned case be sealed until the arrest and apprehension of defendant, except for the limited purpose of permitting the U.S. Marshals Service to enter the arrest warrant on NCIC, and/or permitting investigating officers to disclose the fact of the existence of the arrest warrant as reasonably necessary to effectuate the arrest.

FILED
JUN 8 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Honorable Mary Pat Thynge
United States Magistrate Judge