IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>  )<br>          Plaintiff,   )<br>v.                               )    Mag. No. 06-77M<br>  )<br>VERLINA ODEH,               )<br>  )<br>          Defendants.   ) | |

**MOTION AND ORDER TO UNSEAL CRIMINAL COMPLAINT AND FILE**

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, Richard G. Andrews, First Assistant United States Attorney for the District of Delaware, hereby moves that the Criminal Complaint and file in the above-captioned case be unsealed as defendant Verlina Odeh has been arrested.

COLM F. CONNOLLY
United States Attorney

By: /s/ Richard G. Andrews
Richard G. Andrews
First Assistant United States Attorney

Dated: June 14, 2006

AND NOW, this ___14___ day of __June__, 2006, upon the foregoing Motion, it is

**ORDERED** that the Criminal Complaint and file in the above-captioned case are hereby unsealed.

FILED
JUN 1 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

/s/ Mary Pat Thynge
Honorable Mary Pat Thynge
United States Magistrate Judge