AO 442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

VERLINA R. ODEH



SEALED Unsealed 6/14/06

## WARRANT FOR ARREST

CASE NUMBER: 06- 77M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest VERLINA ODEH when and as stated in the Criminal Complaint and bring said Defendant to the nearest magistrate to answer a(n)

___ Indictment ___ Information __X__ Complaint ___ Order of court ___ Violation Notice ___ Probation Violation Petition

charging the Defendant with (brief description of offense)

**BANK FRAUD**

in violation of Title __18__ United States Code, Section (s) __1344 & 2__

FILED
JUN 15 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| **Honorable Mary Pat Thynge**<br>Name of Issuing Officer | United States Magistrate Judge<br>District of Delaware<br>Title of Issuing Officer |
| *[signature]*<br>Signature of Issuing Officer | June 8, 2006     Wilmington, DE<br>Date and Location |
| Bail fixed at $ _____ | by _____<br>Name of Judicial Officer |

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at __FBI, 920 N. King St.__ __Wilmington, DE__ |

| DATE RECEIVED<br>June 8, 2006 | NAME AND TITLE OF ARRESTING OFFICER<br>SA Michelle K. Carron, FBI | SIGNATURE OF ARRESTING OFFICER<br>*[signature] Michelle Carron* |
|---|---|---|
| DATE OF ARREST<br>June 14, 2006 | | |

AO 442 (Rev. 12/85) Warrant for Arrest