OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

June 15, 2006



FILED
JUN 15 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

06-77M (MPT)

v.

Verlina R. Odeh

I hereby acknowledge receipt of the following documents: U.S. Passport No. 096254736 issued on June 13, 2003. Expiration date June 12, 2013 issued to the above defendant.

6-15-2006
_____
DATE

_Donna M. Seninger_ (signature)
DEPUTY CLERK