IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06- 71 |
| | ) | |
| VERLINA ODEH, | ) | |
| | ) | |
| Defendant. | ) | |

REDACTED

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### Counts 1 to 25

On or about the below dates, in the District of Delaware, Verlina Odeh, defendant herein, then being an employee of Chase Bank USA, NA, a bank the deposits of which were insured by the Federal Deposit Insurance Corporation, did embezzle, purloin, and willfully misapply, with intent to injure and defraud Chase Bank USA, NA, approximately the below amount of the funds of Chase Bank USA, NA, in that Verlina Odeh did cause the bank to issue a check (or checks) in the said amount to the below named payee, when there was no legitimate reason to be issuing a check (or checks) in the said amount to the named payee, in violation of 18 U.S.C. § 656 and § 2.

| Count | Date | Amount | Payee |
|---|---|---|---|
| 1 | 6/25/2002 | $11,939.87 | Mary Jones |
| 2 | 7/24/2002 | $15,790.84 | Mary F. Jones |
| 3 | 4/15/2003 | $17,711.92 | Mary F. Jones |
| 4 | 11/04/2003 | $ 8,929.24 | Mary F. Jones |

| Count | Date | Amount | Payee |
|---|---|---|---|
| 5 | 7/28/2004 | $ 9,944.29 | Mary F. Jones |
| 6 | 11/19/2004 | $12,861.92 | Smith S. Myoshi |
| 7 | 4/15/2005 | $ 3,351.44 | Mary Jones |
| 8 | 8/25/2005 | $ 4,481.81 | Mary F. Jones |
| 9 | 9/28/2005 | $ 9,651.92 | Tahsaim Soleiman |
| 10 | 9/28/2005 | $14,144.93 | Salah Demice |
| 11 | 10/06/2005 | $ 9,840.96 | Ghassan Haddad |
| 12 | 10/12/2005 | $ 9,865.28 | Ghassan Haddad |
| 13 | 10/20/2005 | $12,437.37 | N & J Food Center |
| 14 | 11/01/2005 | $ 9,097.61 | Ghassan Haddad |
| 15 | 12/02/2005 | $ 5,742.46 | Mary Jones |
| 16 | 2/22/2006 | $16,504.96 | G & V Wholesale & Dist. |
| 17 | 2/22/2006 | $16,026.41 | S & N Enterprise |
| 18 | 3/07/2006 | $20,469.65 | S & N Enterprise |
| 19 | 3/21/2006 | $11,273.19 | Ghassan Haddad |
| 20 | 3/21/2006 | $15,968.73 | S & N Enterprise |
| 21 | 3/21/2006 | $ 8,373.00 | Monir N. Alhaddad |
| 22 | 3/21/2006 | $17,304.41 | G & V Wholesale & Dist. |
| 23 | 4/04/2006 | $27,623.65 | G & V Wholesale & Dist. |
| 24 | 4/04/2006 | $10,638.89 | S & N Enterprise |
| 25 | 4/10/2006 | $ 3,498.70 | Mary F. Jones |

A True Bill:

_____
Foreperson

COLM C. CONNOLLY
United States Attorney

By: *Christopher J. Burke*
 *for* Richard G. Andrews
 First Assistant United States Attorney

Dated: June 27, 2006