IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>        Plaintiff,  )<br>  )<br>   v.  )<br>  )<br>VERLINA ODEH,  )<br>  )<br>        Defendant.  ) | Criminal Action No. 06-71-KAJ |

### RULE 12.4 DISCLOSURE STATEMENT BY GOVERNMENT

Pursuant to Federal Rule of Criminal Procedure 12.4(a)(2), the United States discloses that Chase Bank USA, NA, an organizational victim in this case, is a subsidiary of JPMorgan Chase & Co., which is a publicly-traded (NYSE) company.

                                                                  Respectfully submitted,

                                                                   COLM F. CONNOLLY<br>                                                                   United States Attorney

                                                                   By: _____<br>                                                                   Richard G. Andrews<br>                                                                   First Assistant United States Attorney

Date: July 18, 2006

## CERTIFICATE OF SERVICE

| | |
|---|---|
| UNITED STATES OF AMERICA  ) | |
| ) | |
| v.                                                   ) | Criminal Action No. 06-71-KAJ |
| ) | |
| VERLINA ODEH                          ) | |

I, Sharon Bernardo, employee with the United States Attorney for the District of Delaware, hereby certify under penalty of perjury that on the 18th day of July, 2006, I electronically filed the motion RULE 12.4 DISCLOSURE STATEMENT BY GOVERNMENT with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF, which will send notification of such filing(s) to the following:

> EUGENE J. MAURER, JR., ESQUIRE
> 1201-A King Street
> Wilmington, DE  19801
> Emaurer@verizon.net

*/s/ Sharon L. Bernardo*