AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF      **DELAWARE**

UNITED STATES OF AMERICA
V.
VERLINE ODEH

**SUMMONS IN A CRIMINAL CASE**

Case Number:     CR 06-71-KAJ

REDACTED

New Castle, DE 19720

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place **J. Caleb Boggs Federal Building** **844 North King Street** **Wilmington, Delaware 19801** Before:    **Honorable Mary Pat Thynge, U.S. Magistrate Judge** | Room **Magistrate Ctrm # 6C, 6th Floor** |
|---|---|
| | Date and Time 8/3/06 at 1:00 pm |

To answer a(n)

x Indictment     ☐ Information     ☐ Complaint     X Violation Notice     ☐ Probation Violation Petition

Charging you with a violation of Title    18    United States Code, Section(s)    656

Brief description of offense:

BANK EMBEZZLEMENT

2006 AUG 16 AM 9:33
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
FILED

BY: _____ ; Deputy Clerk
Signature of Issuing Officer

7/27/2006   at Wilmington, DE
Date

Peter T. Dalleo; Clerk of Court
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

|  | Date |
| --- | --- |
| Service was made by me |  |

### Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: _____

_____

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was        _____

_____

☐ Returned unexecuted:        _____

_____

_____

_____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned    _8-14-06_____            ___DW Thomes_____
            Date                                Name of United States Marshal

                                        ___BJ Foley_____
                                        (by) Deputy United States Marshal

Remarks:

1 As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |

Postmark Here

7004 1160 0006 7939 9019

To Verline Odeh

Sen

Stre or P
City New Castle, DE  19720

PS Form 3800, June 2002                    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Verline Odeh

New Castle, DE  19720

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____    ☐ Agent
                      ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
Verline Odeh                       8 2 06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

Service Type
☒ Certified Mail      ☐ Express Mail
☐ Registered          ☒ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)       7004 1160 0006 7939 9019

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-1540