IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | |
|                                       ) | |
|           Plaintiff,                  ) | |
|                                       ) | |
|       v.                              ) | Criminal Action No. 06-71-KAJ |
|                                       ) | |
| VERLINA ODEH,                         ) | |
|                                       ) | |
|           Defendant.                  ) | |

### ORDER

WHEREAS, the above named Defendant having entered a plea of not guilty to the charges pending against her in this Court;

IT IS HEREBY ORDERED that a conference pursuant to Federal Rule of Criminal Procedure 17.1 will be held in chambers on **September 8, 2006, at 4:30 p.m.** Because this conference is intended for scheduling only, the appearance of Defendant is not required by the Court.

UNITED STATES DISTRICT JUDGE

August 31, 2006
Wilmington, Delaware