IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ORDER GRANTING CONTINUANCE

Case: U.S.A . v.  VERLINA ODEH    CASE NO. CR 06-71-KAJ

The defendant, VERLINA ODEH, having been scheduled for arraignment on JULY 6, 2006 and a continuance having been made by the COURT or the following reason;

DUE TO THE CANCELLATION OF THE JULY ARRAIGNMENT CALENDAR.

The Court finds that the ends of justice served by ordering the continuance outweigh the best interest of the public and the defendant to a speedy trial, it is

ORDERED,

(1) Defendant's arraignment is continued AUGUST 10, 2006

(2) The period between JULY 6, 2006 and AUGUST 10, 2006 shall be excludable under the Speedy Trial Act (18 U.S.C.3161, et seq.).

Dated: 9/6/06

FILED
SEP - 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE