IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06071-SLR |
| | ) | |
| VERLINA R. ODEH, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Assistant United States Attorney Richard G. Andrews as

attorney of record on behalf of the United States of America, and enter the appearance of Assistant

United States Attorney Edmond Falgowski.

COLM F. CONNOLLY
United States Attorney

By:
Edmond Falgowski
Assistant United States Attorney
Nemours Building, #700
P.O. Box 2046
Wilmington, Delaware 19899-2046
edmond.falgowski@usdoj.gov

Dated 1-17/07

## CERTIFICATE OF SERVICE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 06-71-SLR |
| ) | |
| VERLINA R. ODEH ) | |

I, Sharon L. Bernardo, employee with the United States Attorney's Office, hereby certify that

on January 17, 2007, I electronically filed the foregoing:

### NOTICE OF SUBSTITUTION OF COUNSEL

and by causing two copies of said document to be hand delivered to counsel of record as follows:

EUGENE J. MAURER, JR., ESQUIRE
1201-A King Street
Wilmington, DE 19801

*Sharon L. Bernardo*