EUGENE J. MAURER, JR., P.A.

ATTORNEYS AT LAW

1201-A KING STREET

WILMINGTON, DELAWARE 19801

(302) 652-7900

FAX (302) 652-2173

EMAIL emaurerl@verizon.net

January 19, 2007

The Honorable Sue L. Robinson
Chief Judge
United States District Court
844 King Street
Wilmington, DE 19801

### RE:    United States v. Verlina R. Odeh
### Crim. No. 06-071-SLR

Dear Judge Robinson:

I have received the Court's order changing the time for sentencing in the above from 12:30 p.m. on January 22 to 2:00 p.m. on the same date. I do not know whether my secretary was consulted or whether she was savvy enough to anticipate the consequences of such rescheduling.

I am aware of the fact that your Court takes priority over all other courts in terms of scheduling but this movement of the sentencing creates untold difficulties for me. Specifically, I have on the 22nd a trial scheduled in the Family Court at 1:00 p.m., two trials scheduled in the Court of Common Pleas for 1:30 p.m., three Superior Court motions to present at 1:30 p.m. and two Superior Court case reviews which begin at 2:00 p.m.

Obviously, I can maneuver around the scheduling in the state courts but I have no way to get some of these things covered if I must be present for Ms. Odeh's sentencing at 2:00 p.m.

I would point out that the defendant in this case is not incarcerated and is not a flight risk.

I would therefore ask the Court under these unusual circumstances and given the change in the scheduling to allow the sentencing to be continued to a time that does not quite so much distress.

The Honorable Sue L. Robinson
Page 2
January 19, 2007



Thanks for your consideration.

Respectfully yours,

Eugene J. Maurer, Jr.

EJM:vw

Cc:    Edmond Falgowski, Esquire
       Asst. United States Attorney