IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Crim. No. 06-071-SLR |
| | ) | |
| VERLINA R. ODEH, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

At Wilmington this 22d day of January, 2007, having considered defendant's request to reschedule sentencing

IT IS ORDERED that:

1. Defendant's sentencing hearing scheduled for **January 22, 2007 is cancelled** and **rescheduled** to commence on **Monday, March 5, 2007** at **4:30 p.m.** in courtroom No. 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

2. Any objections to the presentence report must be communicated in writing to the Probation Office and opposing counsel no later than 14 days from receipt of the presentence report. Such objections should **not** be filed with the court.[1]

---

[1] All filings and correspondence presented to the court will be docketed and available electronically, unless filed under seal. The court will not review correspondence and filings for redaction. Therefore, it is the sole responsibility of counsel and the parties to be certain that all documents comply with the rules of this court and the Judicial Conference requiring

3.   Counsel shall notify the court promptly if an evidentiary hearing on disputed sentencing issues is required.

_____
United States District Judge

---

redaction of personal data identifiers and sensitive information.