Filed In Open Ct. 3-5-07

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 06-71-SLR |
| VERLINA R. ODEH, | ) | |
| Defendant. | ) | |

**MOTION AND ORDER TO DISMISS**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss Counts 1, 2, and 4 through 24 of the Indictment as it relates to the defendant, pursuant to the Memorandum of Plea Agreement dated October 18, 2006.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: January 22, 2007

IT IS SO ORDERED this _5th_ day of _March_, 2007.

_____
HONORABLE SUE L. ROBINSON
United States District Court