PS 40
(Rev. 6/05)

# UNITED STATES DISTRICT COURT

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** United States Department of State
Office of Passport Policy and Advisory Services
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, DC 20037

**FROM:** U.S. District Court
844 King Street
Wilmington, DE 19801

[x] **Original Notice**
**Date:** March 15, 2007
**By:** Walter Matthews, US Probation Officer

[x] **Notice of Disposition**
**Date:** _____
**By:** _____

---

Defendant: Verlina Odeh
Date of Birth: ▮▮▮▮1964
SSN: ▮▮▮-4573

Case Number: 06CR00071-001
Place of Birth: New York, NY

---

**Notice of Court Order** (Order Date: 6/14/2006 )

[x] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[x] The above-named defendant surrendered Passport Number ▮▮▮▮▮▮▮▮ to the custody of the U.S. District Court on 6/15/2006.

---

### NOTICE OF DISPOSITION

The above case has been disposed of.

[ ] The above order of the court is no longer in effect.

[ ] Defendant not convicted – Document returned to defendant.

[ ] Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

[x] Defendant convicted – Document and copy of judgment enclosed.

---

**Distribution:**
Original to case file
Department of State
Defendant (or representative)
Clerk of Court